No. 5772.—Nieves, apldo., *v.* Flores, et als., apltes.—C. D. San Juan. ▮▮▮▮▮▮▮▮ Enero 28, 1932.

(Por la corte, a propuesta del Juez Presidente Sr. del Toro.)

Por cuanto, la transcripción en este caso se archivó en la Secretaría de esta Corte Suprema el 11 de septiembre de 1931 y la parte apelante fué solicitando prórrogas para la presentación de su alegato,

concediéndosele finalmente una hasta el siete de enero actual con carácter de última; y

POR CUANTO, no habiendo presentado la parte apelante su alegato dentro de la última prórroga que se le concediera, ni después, la parte apelada solicitó la desestimación del recurso por moción de 12 de enero actual que fué vista el 25 con la sola asistencia de la dicha parte apelada por su abogado:

POR TANTO, se desestima la apelación por abandono.